Matter of Herd (2026 NY Slip Op 01270)

Matter of Herd

2026 NY Slip Op 01270

Decided on March 5, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:March 5, 2026

PM-38-26
[*1]In the Matter of Charles Felix Herd Jr., an Attorney. (Attorney Registration No. 5041520.)

Calendar Date:March 2, 2026

Before:Clark, J.P., Ceresia, Fisher, Powers and Corcoran, JJ.

Charles Felix Herd Jr., Houston, Texas, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Charles Felix Herd Jr. was admitted to practice by this Court in 2012 and lists a business address in Houston, Texas with the Office of Court Administration. Herd now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Herd's application.
Upon reading Herd's affidavit sworn to January 13, 2026 and filed January 20, 2026, and upon reading the February 24, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Herd is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Clark, J.P., Ceresia, Fisher, Powers and Corcoran, JJ., concur.
ORDERED that Charles Felix Herd Jr.'s application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Charles Felix Herd Jr.'s name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Charles Felix Herd Jr. is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Herd is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Charles Felix Herd Jr. shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.